Robert W. Anderson, Respondent, v. Fred J. Conzen and Lawrence Conzen, Surviving Partners, Doing Business under the Firm Name and Style of Conzen & Son, and Mary F. Conzen, as Executrix, etc., of Lawrence Conzen, Sr., Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr and Woodward, JJ., concurred; Jenks, P. J., and Rich, J., dissented.

Felix M. Bermel, Respondent, v. John T. Huner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Jacob Burkam, Respondent, v. Celia Burkam, Appellant.— Final judgment and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Lillian Cantwell, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Benedict at Special* Term. (Reported in 75 Misc. Rep. 335.) Hirschberg, Burr, Carr, Woodward and Rich, JJ., concurred.

Mary Carew, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Benedict at Special* Term. (Reported in 75 Misc. Rep. 335.) Hirschberg, Burr, Carr, Woodward and Rich, JJ., concurred.

* Trial.— [REP.